UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MERRY GIVENS,

    Plaintiff,

v.                                                      CASE NO: 8:04-cv-2619-T-23TGW

WAL-MART STORES, INC.,

    Defendant.

_____/

**ORDER**

    Merry Givens ("the plaintiff") sues (Doc. 18) Wal-Mart Stores, Inc. ("Wal-Mart") for negligence and premises liability arising from an injury she received while patronizing a Wal-Mart store in 2003. Wal-Mart moves (Doc. 26) to dismiss the amended complaint for failure to state a claim.

    The plaintiff's amended complaint provides, at minimum, "a short and plain statement showing that the plaintiff is entitled to relief" and "fair notice of what the plaintiff's claim is and the grounds that support it." Business Radio, Inc. v. Reim Wireless Corp., 373 F.Supp. 2d 1317, 1319 (M.D. Fla. 2005). Because the federal standard for notice pleading is exceedingly low, Wal-Mart's motion to dismiss (Doc. 26) is **DENIED**. Conley v. Gibson, 355 U.S. 41, 45-46 (1957)("[A] complaint should not be

dismissed for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.").

ORDERED in Tampa, Florida, on November 19, 2005.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: US Magistrate Judge
Courtroom Deputy